# United States District Court FILED

Southern **DISTRICT OF** California    2008 JAN 22 AM 11: 52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNK_____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail parcel EB 788080985 addressed to Carlos Rodriguez, P.O. Box 486, Toabaja, Puerto Rico 00951-0486 from Miguel Rodriguez, 1451 F Street, San Diego, CA. | **SEARCH WARRANT**<br><br>CASE NUMBER:<br>**'08 MJ 0194** |
|---|---|

TO:   Kim A. Kelly, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Kimberly Kelly    who has reason to
                                                 Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location) Express Mail parcel EB 788080985 addressed to Carlos Rodriguez, P.O. Box 486, Toabaja, Puerto Rico 00951-0486 from Miguel Rodriguez, 1451 F Street, San Diego, CA. which is in the custody of the U.S. Postal Inspection Service.

in the Southern                 District of California                             there is now
concealed a certain person or property, namely (describe the person or property)

```
    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846
```

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   *Nita L. Stormes*
                                                                                      U. S. Judge or Magistrate
as required by law.

                                                            at   San Diego, CA
Date and Time Issued   1-16-08  4:30 pm                          City and State

                       U.S. Magistrate Judge                     _____
Name and Title of Judicial Officer **NITA L. STORMES**            Signature of Judicial Officer
                       **U.S. MAGISTRATE JUDGE**

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 1/16/08 | DATE AND TIME WARRANT EXECUTED 1/17/08 0224 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Postal Service |
| INVENTORY MADE IN THE PRESENCE OF PI and Flores |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

packing material and 17.9 pounds of marijuana

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

_____ 1-22-08
U.S. Judge                              Date